**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| Beeload Limited, | ) Case No. 06-20074 |
|  | ) |
| Debtor. | ) |
|  | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**AMENDED ORDER**

Before me is the Final Application for Compensation and Reimbursement of Expenses of Bernstein, Shur, Sawyer & Nelson as Special Litigation Counsel for the Debtor.

As I determined and announced in the course of hearings held before me on January 7, 2008, in Portland, the compensation and expense reimbursements sought by BSSN were reasonable and necessary and, given jurisdiction to enter an order approving them, I would.

However, all compensation for prepetition services has already been allowed under the plan, and compensation for post-filing, preconfirmation services (a potential administrative claim) has been waived. To the extent the Final Application implicates those periods, my disposition of it leaves them unaffected. What remains is compensation for *postconfirmation* services.

I have read carefully the provisions of the confirmed plan, including Section 9.15, addressing retained jurisdiction and the plan definition section and Bankruptcy Code sections cross-referenced or implicated by it. Having done so, I conclude that this court no longer holds jurisdiction of the compensability of the services that are the subject of the Final Application. Those services were rendered to the emancipated debtor, after confirmation, and after disposition of estate assets in accordance with the plan. The fee/reimbursement "claim" is not administrative in nature and, therefore, without my postconfirmation jurisdiction. In re DN Associates, 165 B.R. 344, 347-53 (Bankr.D.Me. 1994), is not to the contrary.

Not only would approval of the Final Application be an extra-jurisdictional act, it is wholly unnecessary under the circumstances.

Dated: January 7, 2009

/s/ James B. Haines, Jr.
_____
Hon. James B. Haines, Jr.
Judge, U.S. Bankruptcy Court
District of Maine